NUMBER 13-01-447-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


TOBY SALINAS AND SHANNA SALINAS , Appellants,


v.



JUAN E. BAHAMON, M.D. D/B/A CORPUS CHRISTI NEUROLOGY , Appellee.

___________________________________________________________________


On appeal from the 28th District Court 

of Nueces County, Texas

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam




Appellants, TOBY SALINAS AND SHANNA SALINAS , attempted to perfect an appeal from a judgment entered by the
28th District Court of Nueces County, Texas, in cause number 00-4961-A . Judgment in this cause was signed on March
26, 2001 . A timely motion for new trial was filed on April 20, 2001. Pursuant to Tex. R. App. P. 26.1, appellants' notice
of appeal was due on June 25, 2001 , but was not filed until July 6, 2001 . 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellants were
advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would
be dismissed. To date, no response has been received from appellants.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal, and
appellants' failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2001 .